**Teal M. WOODS, Appellant,**

v.

**GOLDEN EAGLE OF ARKANSAS, INC., Appellee.**

No. 05–4105.

United States Court of Appeals, Eighth Circuit.

Submitted March 17, 2006.

Decided April 6, 2006.

Mary Arnette Earl, Gary & Eubanks, Terrence Cain, Little Rock, AR, for Appellant.

James M. Mchaney, Jr., Hilburn & Calhoon, David Mack Fuqua, Hope & Fuqua, Little Rock, AR, for Appellee.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Teal M. Woods appeals the district court's [1] order denying her Federal Rule of

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

Appellate Procedure 4(a)(5) motion to extend the time for filing a notice of appeal. Having carefully reviewed the record, we find no abuse of discretion. *See Lowry v. McDonnell Douglas Corp.,* 211 F.3d 457, 462–64 (8th Cir.) (standard of review; applying four-factor test for determining whether party's neglect of deadline is excusable), *cert. denied,* 531 U.S. 929, 121 S.Ct. 309, 148 L.Ed.2d 248 (2000). Accordingly, we affirm. *See* 8th Cir. R. 47B.